Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
Riverside, CA 92501
(951) 784-7770
(619) 297-1022

Attorneys for Plaintiff, Melinda Ancrum

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Melinda Ancrum, | Case Number: 12-CV-0880-W-MDD |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Legal Recovery Law Offices, Inc.; Capital One Bank (USA) N.A. | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 60 days. Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after October 17, 2012 for filing a joint dismissal.

Respectfully submitted,

**HYDE & SWIGART**

Date: September 17, 2012              By: /s/ Andrea Darrow Smith
                                          Andrea Darrow Smith