Andrea Darrow Smith, Esq. (SBN: 265237)
andrea@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
4129 Main Street, Suite B8
Riverside, CA 92501
(951) 784-7770
(619) 297-1022

Attorneys for Plaintiff

Andrew P. Rundquist
arundquist@lrlo.com
**Legal Recovery Law Offices, Inc.**
5030 Camino De La Siesta  # 340
San Diego, CA 92108
(619) 906 5950
Fax: (619) 275-4010

Attorneys for the Defendant Legal Recovery Law Offices, Inc.

Hunter R. Eley
heley@dollamir.com
**Doll Amir & Eley LLP**
1888 Century Park E, Ste. 1850
Los Angeles, CA
(310) 557-9100
Fax: (310) 557-9101

Attorneys for the Defendant Capital One Bank (USA) N.A.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melinda Ancrum<br><br>                    Plaintiff,<br><br>v.<br><br>Legal Recovery Law Offices, Inc.;<br>Capital One Bank (USA) N.A.<br><br>                    Defendants. | Case No: 3:12-CV-00880-W-MDD<br><br>**JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>**HON. THOMAS J. WHELAN** |

Plaintiff **MELINDA ANCRUM,** (hereinafter "Plaintiff") and Defendants **LEGAL RECOVERY LAW OFFICES, INC. AND CAPITAL ONE BANK (USA) N.A.,** (hereinafter "Defendants"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice.

The Parties agree that this Court can proceed to dismiss this action entirely with prejudice.

Dated: January 7, 2013          **HYDE & SWIGART**

                                                               /s/ Andrea Darrow Smith
                                                                Andrea Darrow Smith
                                                                Attorney for Defendant

Dated: January 7, 2013          **Legal Recovery Law Offices, Inc.**

                                                                /s/ Andrew P. Rundquist
                                                                Andrew P. Rundquist
                                                                Attorney for Defendant

Dated: January 7, 2013          **Doll Amir & Eley LLP**

                                                                /s/Hunter R. Eley
                                                                Hunter R. Eley
                                                                Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Andrew Rundquist and Hunter R. Eley counsel for Defendants, and that I have obtained Mr. Rundquist's and Mr. Eley's authorization to affix his electronic signature to this document.

Dated: January 7, 2013          **HYDE & SWIGART**

                                                                /s/Andrea Darrow Smith
                                                                Andrea Darrow Smith
                                                                Attorneys for the Plaintiff