UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA ANCRUM,<br><br>                                  Plaintiff,<br><br>     vs.<br><br>LEGAL RECOVERY LAW OFFICES, INC., et al.,<br><br>                                  Defendants. | CASE NO. 12-CV-0880 W (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

    Pending before the Court is a joint motion to dismiss this action with prejudice under Federal Rule of Civil Procedure 41. [Doc. 14.]  Having read the papers, and good cause appearing, the Court GRANTS the joint motion, and DISMISSES all claims WITH PREJUDICE.  In light of the parties' dismissal of this case with prejudice, all pending motions and hearing dates are TERMINATED.

    IT IS SO ORDERED.

DATE: January 28, 2013

                                              */s/ M. James Lorenz*
                                   HON. M. JAMES LORENZ
                                   For HON. THOMAS J. WHELAN
                                   United States District Court
                                   Southern District of California